# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CLARENCE F. HARRIS
1515 GREEN ST.
ROCKFORD, IL 61102

SSN-xxx-xx-7584

Case Number: 06-70022

*Amended*

O Paid Out, No Discharge

Case filed on: 1/9/2006
Plan Confirmed on: 5/26/2006

Total funds received and disbursed pursuant to the plan: $27,814.10

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
| | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | CENTEX HOME EQUITY CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ALLSTATE FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CLARENCE F. HARRIS | 0.00 | 0.00 | 1,976.96 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 1,976.96 | 0.00 |
| 001 | CENTEX HOME EQUITY COMPANY, LLC | 17,646.86 | 811.13 | 811.13 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 16,873.92 | 10,000.00 | 10,000.00 | 955.49 |
| 004 | WINNEBAGO COUNTY CLERK | 1,350.00 | 293.70 | 293.70 | 49.30 |
| | Total Secured | 35,870.78 | 11,104.83 | 11,104.83 | 1,004.79 |
| 003 | WELLS FARGO AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIANCE ONE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIED BUSINESS ACCOUNTS INC | 3,019.33 | 3,019.33 | 3,019.33 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 737.03 | 737.03 | 737.03 | 0.00 |
| 011 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AMERICAS RECOVERY NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | AMERICAN VISION CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | APELLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BIEHL & BIEHL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | DR. CHARLES WASHINGTON | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | EBI | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | EYEGLASS WORLD | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JEFFERSON CAPITAL SYSTEMS, LLC | 769.59 | 769.59 | 769.59 | 0.00 |
| 022 | NICOR GAS | 1,902.02 | 1,902.02 | 1,902.02 | 0.00 |
| 023 | CREDITORS PROTECTION SERVICE, INC | 687.10 | 687.10 | 687.10 | 0.00 |
| 024 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CAPITAL ONE | 737.77 | 737.77 | 737.77 | 0.00 |
| 026 | CAPITAL ONE | 827.72 | 827.72 | 827.72 | 0.00 |
| 027 | ZENON J BIDZINSKI | 663.30 | 663.30 | 663.30 | 0.00 |
| | Total Unsecured | 9,343.86 | 9,343.86 | 9,343.86 | 0.00 |
| | Grand Total: | 48,056.39 | 23,290.44 | 25,267.40 | 1,004.79 |

Total Paid Claimant: $26,272.19
Trustee Allowance: $1,541.91
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

Lydia S. Meyer, Trustee
SIGNATURE NOT VALID ON CHECKS

## United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on AUG 2 8 2008         By /s/ Heather M. Fagan